FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

5·6·2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO.  3:26-cr- 93-MMH-PDB
8 U.S.C. § 1326(a)

INDALECIO MANZANO SANCHEZ

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Illegal Re-Entry by Deported Alien)

On or about April 23, 2026, in the Middle District of Florida, the defendant,

INDALECIO MANZANO SANCHEZ,

being an alien of the United States, and having been deported, excluded, and

removed from the United States on or about November 27, 2012, and again on or

about January 28, 2021, and who had not received the consent of the Attorney

General or the Secretary of Homeland Security to reapply for admission to the

United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,



Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
MATTHEW L. HICKMAN
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Chief, Jacksonville Division

2

FORM OBD-34
5/6/26 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

### THE UNITED STATES OF AMERICA

vs.

### INDALECIO MANZANO SANCHEZ

### INDICTMENT

Violations: Ct 1:   8 U.S.C. § 1326(a)

A true bill,

_____
Foreperson

Filed in open court this 6th day

of May, 2026.

_____
Clerk

Bail   $_____

GPO 863 525